petitioner. *George W. P. Whip* for Parker, respondent.

No. 714. UPDIKE ET AL., DOING BUSINESS AS UPDIKE AWNING CO., *v.* WEST ET AL. C. A. 10th Cir. Certiorari denied. *Glenn O. Young* for petitioners. *Frank Settle* and *E. O. Monnet* for West et al., respondents.

No. 741. REPUBLIC OF THE UNITED STATES OF BRAZIL, TRADING AS LLOYD BRASILEIRO, *v.* GENERAL FOODS CORP. C. A. 2d Cir. Certiorari denied. *Frank J. McConnell* for petitioner. *Henry N. Longley* and *John W. R. Zisgen* for respondent.

Nos. 526 and 527. SIOUX TRIBE OF INDIANS *v.* UNITED STATES. Court of Claims. Certiorari denied. *Ralph H. Case* and *James S. Y. Ivins* for petitioner. *Solicitor General Perlman, Assistant Attorney General Vanech* and *John R. Benney* for the United States.

No. 648. DEWAR *v.* HUNTER, WARDEN. C. A. 10th Cir. Certiorari denied. *Howard F. McCue* for petitioner. *Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl* and *Philip R. Monahan* for respondent.

No. 432, Misc. LOUGHRAN *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied. *Joseph Kadans* for petitioner.

No. 436, Misc. CULVER ET AL. *v.* CARTER OIL CO. ET AL. C. A. 6th Cir. Certiorari denied. *Thaddeus Greene Ben-*

*ton* and *William J. Hughes, Jr.* for petitioners. *William M. Acton* for respondents. ▮

No. 454, Misc. MARTINEZ *v.* CALIFORNIA. District Court of Appeal, First Appellate District, of California. Certiorari denied. *Elizabeth Cassidy* for petitioner. ▮

No. 480, Misc. AGNEW *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 490, Misc. COYLE *v.* CALIFORNIA ET AL. Supreme Court of California. Certiorari denied.

No. 537, Misc. COUTURE *v.* SMITH, SUPERINTENDENT. Supreme Court of Washington. Certiorari denied.

No. 550, Misc. MORANT *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 554, Misc. FRANKLIN *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 560, Misc. WAKAT *v.* RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 565, Misc. TWITTY *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 566, Misc. CROWLEY *v.* RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied.